Oliver A. Quayle, Appellant, v. James Butterworth, Respondent.— Judgment and orders reversed on the law, without costs in this court, and judgment directed for the defendant upon the verdict, dismissing the complaint, with costs in the trial court. All concur. Hinman, J., not sitting.